**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Emmaivette Vasquez a/k/a Emmaivette Rivera | CHAPTER 13 |
| Debtor(s) | BKY. NO. 22-11744 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MASTR Asset Backed Securities Trust 2005-WF1, U.S. Bank National Association as Trustee and index same on the master mailing list.

Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
04 Aug 2022, 15:34:41, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322