**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

| | |
|---|---|
| Pay Group: | ABR-AMH Biweekly |
| Pay Begin Date: | 05/22/2022 |
| Pay End Date: | 06/04/2022 |

| | |
|---|---|
| Business Unit: | 410 |
| Advice #: | 000000010644719 |
| Advice Date: | 06/10/2022 |

Emmaivette Vasquez
5914 Roosevelt Blvd
Philadelphia, PA 19149

| | |
|---|---|
| Employee ID: | 000918451 |
| Department: | 41004044-Lab Access Center |
| Location: | Abington |
| Job Title: | Lab Assistant Per Diem |
| Pay Rate: | $21.900000 Hourly |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 3 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Orientatio | 21.900000 | 57.97 | 1,269.54 | 57.97 | 1,269.54 |
| Shift Diff | | | 94.43 | | 94.43 |
| **TOTAL:** | | **57.97** | **1,363.97** | **57.97** | **1,363.97** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 36.78 | 36.78 |
| Fed MED/EE | 19.78 | 19.78 |
| Fed OASDI/EE | 84.57 | 84.57 |
| PA Unempl EE | 0.82 | 0.82 |
| PA Withholdng | 41.87 | 41.87 |
| PA PHILADELPHIA Wit | 52.37 | 52.37 |
| PA ABINGTON TWP | 2.00 | 2.00 |
| **TOTAL:** | **238.19** | **238.19** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,363.97 | 1,363.97 | 238.19 | 0.00 | 1,125.78 |
| YTD | 1,363.97 | 1,363.97 | 238.19 | 0.00 | 1,125.78 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010644719 | Checking | $1,125.78 |
| **TOTAL:** | | **$1,125.78** |

MESSAGE:

---

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

Date: 06/10/2022

Advice No. 10644719

Deposit Amount: $1,125.78

To The Account Of

EMMAIVETTE VASQUEZ
5914 Roosevelt Blvd
Philadelphia, PA 19149

Location: Abington

# NON-NEGOTIABLE

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

| Pay Group: | ABI-AMH Biweekly |
| Pay Begin Date: | 06/05/2022 |
| Pay End Date: | 06/18/2022 |

| Business Unit: | 410 |
| Advice #: | 000000010672438 |
| Advice Date: | 06/24/2022 |

Emmaivette Vasquez
5914 Roosevelt Blvd
Philadelphia, PA 19149

| Employee ID: | 000918451 |
| Department: | 41004044-Lab Access Center |
| Location: | Abington |
| Job Title: | Lab Assistant Per Diem |
| Pay Rate: | $21.900000 Hourly |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 3 |
| Addl. Pct: | | |
| Addl. Amt: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.900000 | 23.72 | 519.47 | 23.72 | 519.47 |
| FLSART ADJ | | | 6.75 | | 6.75 |
| Orientatio | 21.900000 | 56.13 | 1,229.25 | 114.10 | 2,498.79 |
| Shift Diff | | | 179.30 | | 273.73 |
| Overtime | 32.849612 | 6.45 | 211.88 | 6.45 | 211.88 |
| **TOTAL:** | | **86.30** | **2,146.65** | **144.27** | **3,510.62** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 122.25 | 159.03 |
| Fed MED/EE | 31.12 | 50.90 |
| Fed OASDI/EE | 133.09 | 217.66 |
| PA Unempl EE | 1.29 | 2.11 |
| PA Withholdng | 65.90 | 107.77 |
| PA PHILADELPHIA Wit | 82.43 | 134.80 |
| PA ABINGTON TWP | 2.00 | 4.00 |
| **TOTAL:** | **438.08** | **676.27** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,146.65 | 2,146.65 | 438.08 | 0.00 | 1,708.57 |
| YTD | 3,510.62 | 3,510.62 | 676.27 | 0.00 | 2,834.35 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010672438 | Checking | $1,708.57 |
| TOTAL: | | $1,708.57 |

MESSAGE:

---

Abington Memorial Hospital
1200 Old York Road
Abington, PA 19001

Date: 06/24/2022                Advice No. 10672438

Deposit Amount:   $1,708.57

To The Account Of

EMMAIVETTE VASQUEZ
5914 Roosevelt Blvd
Philadelphia, PA 19149

Location: Abington

## NON-NEGOTIABLE

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

Pay Group: ABI-AMH Biweekly
Pay Begin Date: 06/19/2022
Pay End Date: 07/02/2022

Business Unit: 410
Advice #: 000000010717067
Advice Date: 07/08/2022

Emmaivette Vasquez
5914 Roosevelt Blvd
Philadelphia, PA 19149

Employee ID: 000918451
Department: 41004044-Lab Access Center
Location: Abington
Job Title: Lab Assistant Per Diem
Pay Rate: $21.900000 Hourly

TAX DATA:
| | Federal | PA State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | 0 | 3 |
| Addl. Pct: | | |
| Addl. Amt: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.900000 | 40.00 | 876.00 | 63.72 | 1,395.47 |
| FLSART ADJ | | | 4.51 | | 11.26 |
| Orientatio | 21.900000 | 40.00 | 876.00 | 154.10 | 3,374.79 |
| Shift Diff | | | 169.40 | | 443.13 |
| Overtime | 32.850549 | 4.55 | 149.47 | 11.00 | 361.35 |
| **TOTAL:** | | **84.55** | **2,075.38** | **228.82** | **5,586.00** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 113.70 | 272.73 |
| Fed MED/EE | 30.10 | 81.00 |
| Fed OASDI/EE | 128.67 | 346.33 |
| PA Unempl EE | 1.24 | 3.35 |
| PA Withholdng | 63.71 | 171.48 |
| PA PHILADELPHIA Wit | 78.66 | 213.46 |
| PA ABINGTON TWP | 2.00 | 6.00 |
| **TOTAL:** | **418.08** | **1,094.35** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,075.38 | 2,075.38 | 418.08 | 0.00 | 1,657.30 |
| YTD | 5,586.00 | 5,586.00 | 1,094.35 | 0.00 | 4,491.65 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010717067 | Checking | $1,657.30 |
| TOTAL: | | $1,657.30 |

MESSAGE:

---

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

Date: 07/08/2022

Advice No. 10717067

Deposit Amount: $1,657.30

To The Account Of

EMMAIVETTE VASQUEZ
5914 Roosevelt Blvd
Philadelphia, PA 19149
Location: Abington

## NON-NEGOTIABLE

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

| Pay Group: | ABI-AMH Biweekly |
|---|---|
| Pay Begin Date: | 07/03/2022 |
| Pay End Date: | 07/16/2022 |

| Business Unit: | 410 |
|---|---|
| Advice #: | 000000010738299 |
| Advice Date: | 07/22/2022 |

Emmaivette Vasquez
5914 Roosevelt Blvd
Philadelphia, PA 19149

| Employee ID: | 000918451 |
|---|---|
| Department: | 41004044-Lab Access Center |
| Location: | Abington |
| Job Title: | Lab Assistant |
| Pay Rate: | $21.040000 Hourly |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 3 |
| Addl. Pct: | | |
| Addl. Amt: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.040000 | 136.10 | 2,863.54 | 136.10 | 2,863.54 |
| FLSART ADJ | | | 0.97 | | 12.23 |
| Holiday | 21.040000 | 8.00 | 168.32 | 8.00 | 168.32 |
| Hol Prem | 21.040000 | 0.05 | 1.05 | 0.05 | 1.05 |
| Hol Worked | 21.040000 | 0.10 | 2.10 | 0.10 | 2.10 |
| Orientatio | 21.040000 | 96.13 | 2,022.58 | 154.10 | 3,292.12 |
| Shift Diff | | | 145.74 | | 588.87 |
| Regular | 21.900000 | -63.72 | -1,395.47 | | 0.00 |
| Orientatio | 21.900000 | -96.13 | -2,105.25 | | 0.00 |
| Overtime | 16.621053 | 0.95 | 15.79 | 11.95 | 377.14 |
| **TOTAL:** | | **81.48** | **1,719.37** | **310.30** | **7,305.37** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 56.34 | 329.07 |
| Fed MED/EE | 23.36 | 104.36 |
| Fed OASDI/EE | 99.90 | 446.23 |
| PA Unempl EE | 1.03 | 4.38 |
| PA Withholdng | 49.10 | 220.58 |
| PA PHILADELPHIA Wit | 65.16 | 278.62 |
| PA ABINGTON TWP | 2.00 | 8.00 |
| **TOTAL:** | **296.89** | **1,391.24** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 114.21 | 114.21 |
| Vis | 5.82 | 5.82 |
| 403b 5yr | 51.58 | 51.58 |
| **TOTAL:** | **171.61** | **171.61** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 18.03 | 18.03 |
| Suppl AD/D | 2.02 | 2.02 |
| Sp Life | 14.12 | 14.12 |
| Suppl STD | 7.59 | 7.59 |
| **TOTAL:** | **41.76** | **41.76** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| EE STD* | 8.46 | 8.46 |
| Basic LTD* | 3.38 | 3.38 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,719.37 | 1,559.60 | 296.89 | 213.37 | 1,209.11 |
| YTD | 7,305.37 | 7,145.60 | 1,391.24 | 213.37 | 5,700.76 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010738299 | Checking | $1,209.11 |
| **TOTAL:** | | **$1,209.11** |

MESSAGE:

---

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

Date: 07/22/2022          Advice No. 10738299

Deposit Amount:    $1,209.11

To The Account Of

EMMAIVETTE VASQUEZ
5914 Roosevelt Blvd
Philadelphia, PA 19149

Location: Abington

# NON-NEGOTIABLE

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

| | |
|---|---|
| Pay Group: | ABI-AMH Biweekly |
| Pay Begin Date: | 07/17/2022 |
| Pay End Date: | 07/30/2022 |

| | |
|---|---|
| Business Unit: | 410 |
| Advice #: | 000000010780087 |
| Advice Date: | 08/05/2022 |

**Emmaivette Vasquez**
5914 Roosevelt Blvd
Philadelphia, PA 19149

| | |
|---|---|
| Employee ID: | 000918451 |
| Department: | 41004044-Lab Access Center |
| Location: | Abington |
| Job Title: | Lab Assistant |
| Pay Rate: | $21.040000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 3 |
| Addl. Pct: | | |
| Addl. Amt: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.040000 | 80.00 | 1,683.20 | 216.10 | 4,546.74 |
| FLSART ADJ | | | 1.95 | | 14.18 |
| Shift Diff | | | 169.77 | | 758.64 |
| Overtime | 31.558511 | 1.88 | 59.33 | 13.83 | 436.47 |
| Holiday | | 0.00 | 0.00 | 8.00 | 168.32 |
| Hol Prem | | 0.00 | 0.00 | 0.05 | 1.05 |
| Hol Worked | | 0.00 | 0.00 | 0.10 | 2.10 |
| Orientatio | | 0.00 | 0.00 | 154.10 | 3,292.12 |
| **TOTAL:** | | **81.88** | **1,914.25** | **392.18** | **9,219.62** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 75.25 | 404.32 |
| Fed MED/EE | 26.19 | 130.55 |
| Fed OASDI/EE | 111.97 | 558.20 |
| PA Unempl EE | 1.15 | 5.53 |
| PA Withholdng | 55.08 | 275.66 |
| PA PHILADELPHIA Wit | 72.55 | 351.17 |
| PA ABINGTON TWP | 2.00 | 10.00 |
| **TOTAL:** | **344.19** | **1,735.43** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 114.21 | 228.42 |
| Vis | 5.82 | 11.64 |
| 403b 5yr | 57.43 | 109.01 |
| **TOTAL:** | **177.46** | **349.07** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 18.03 | 36.06 |
| Suppl AD/D | 2.02 | 4.04 |
| Sp Life | 14.12 | 28.24 |
| Suppl STD | 7.59 | 15.18 |
| **TOTAL:** | **41.76** | **83.52** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| EE STD* | 8.46 | 16.92 |
| Basic LTD* | 3.38 | 6.76 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,914.25 | 1,748.63 | 344.19 | 219.22 | 1,350.84 |
| YTD | 9,219.62 | 8,894.23 | 1,735.43 | 432.59 | 7,051.60 |

### NET PAY DISTRIBUTION

Advice #000000010780087

| Account Type | Deposit Amount |
|---|---|
| Checking | $1,350.84 |
| **TOTAL:** | **$1,350.84** |

MESSAGE:

---

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

Date: 08/05/2022      Advice No. 10780087

Deposit Amount:  $1,350.84

To The Account Of

**EMMAIVETTE VASQUEZ**
5914 Roosevelt Blvd
Philadelphia, PA 19149

Location: Abington

## NON-NEGOTIABLE