# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Emmaivette Vasquez a/k/a Emmaivette Rivera<br>　　　　　　　　　　Debtor(s) | |
| | CHAPTER 13 |
| MASTR Asset Backed Securities Trust 2005-WF1, U.S. Bank National Association as Trustee, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　　vs. | NO. 22-11744 ELF |
| Emmaivette Vasquez a/k/a Emmaivette Rivera<br>　　　　　　　　　　Debtor(s) | |
| Kenneth E. West<br>　　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MASTR Asset Backed Securities Trust 2005-WF1, U.S. Bank National Association as Trustee, which was filed with the Court on or about **August 18, 2022, docket number 14**.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: September 30, 2022