United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 22-11744-elf

Emmaivette Vasquez                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 12, 2022 | Form ID: 155 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emmaivette Vasquez, 5914 Roosevelt Boulevard, Philadelphia, PA 19149-3708 |
| 14711506 | + | MASTR Asset Backed Securities Trust 2005-WF1, U.S., c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14703339 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14703340 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14703343 | + | Wells Fargo Bank, NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14703338 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 13 2022 01:02:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 14711970 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 13 2022 01:02:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14712053 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 13 2022 01:02:00 | ECMC, LOCK BOX 8682, PO BOX 16478, ST. PAUL, MN 551160478 |
| 14703662 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 01:02:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14711883 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 13 2022 01:02:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14703341 | | Email/Text: legal@performantcorp.com | Oct 13 2022 01:02:00 | Premiere Credit of North America, LLC, POB 19309, Indianapolis, IN 46219 |
| 14709820 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 13 2022 01:02:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14703342 | | Email/Text: megan.harper@phila.gov | Oct 13 2022 01:02:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 14703343 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 13 2022 01:12:44 | Wells Fargo Bank, NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-2                          User: admin                              Page 2 of 2
Date Rcvd: Oct 12, 2022                        Form ID: 155                           Total Noticed: 13

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MASTR Asset Backed Securities Trust 2005-WF1  U.S. Bank National Association as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MASTR Asset Backed Securities Trust 2005-WF1  U.S. Bank National Association as Trustee bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Emmaivette Vasquez Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 5

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Emmaivette Vasquez

          Debtor(s)                                    Chapter: 13

                                                  Bankruptcy No: 22−11744−elf

_____

### ***ORDER CONFIRMING PLAN UNDER CHAPTER 13***

    AND NOW, this October 11, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                           Eric L. Frank
                                         Judge ,
                                         United States Bankruptcy Court