United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-11744-pmm

Emmaivette Vasquez                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                                Page 1 of 2

Date Rcvd: Mar 29, 2023                       Form ID: pdf900                                 Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emmaivette Vasquez, 5914 Roosevelt Boulevard, Philadelphia, PA 19149-3708 |
| 14711506 | + | MASTR Asset Backed Securities Trust 2005-WF1, U.S., c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14703339 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14703340 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 30 2023 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14703338 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 30 2023 00:01:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 14711970 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 30 2023 00:01:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14712053 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 30 2023 00:01:00 | ECMC, LOCK BOX 8682, PO BOX 16478, ST. PAUL, MN 551160478 |
| 14703662 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2023 00:01:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14711883 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 30 2023 00:01:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14703341 | | Email/Text: legal@performantcorp.com | Mar 30 2023 00:01:00 | Premiere Credit of North America, LLC, POB 19309, Indianapolis, IN 46219 |
| 14709820 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 30 2023 00:01:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14703342 | | Email/Text: megan.harper@phila.gov | Mar 30 2023 00:01:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 14703343 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 30 2023 00:03:12 | Wells Fargo Bank, NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MASTR Asset Backed Securities Trust 2005-WF1  U.S. Bank National Association as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MASTR Asset Backed Securities Trust 2005-WF1  U.S. Bank National Association as Trustee bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Emmaivette Vasquez Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          Chapter 13
EMMAIVETTE VASQUEZ


                    Debtor                      Bankruptcy No. 22-11744-PMM

# O R D E R

**AND NOW**, this 28th_____ day of March_____, 2023, upon consideration of the Motion
to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby
**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from
payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a
Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Patricia M. Mayer
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-


Debtor:
EMMAIVETTE VASQUEZ

5914 ROOSEVELT BOULEVARD

PHILADELPHIA, PA 19149